# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS,
# DALLAS DIVISION

| | | |
|---|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO.: 3:10-cv-1392-D |
| BECKETT MEDIA, LLC, | § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

This Notice is to advise the Court that the parties, Plaintiff The Pokémon Company International, Inc. ("Pokémon") and Defendant Beckett Media, LLC ("Beckett"), have reached a full settlement of all claims relating to the above-captioned matter, and hereby advise the Court of same. Because the parties have yet to reduce their agreement to a formal signed writing, this Notice is to request that the Court suspend its active administration of this case and that it remove from its calendar any deadlines, hearing dates or other settings relating to this matter while the parties prepare the final settlement documents.

The only deadline of which the parties are aware is Beckett's February 7, 2011 deadline to answer or otherwise respond to Pokémon's Original Complaint. *See* Docket Entry No. 14 (Electronic Order establishing deadline). The parties cannot prepare and sign a final settlement agreement prior to the February 7, 2011 deadline. Thus, this Notice of Settlement is filed to alert the Court to the parties' settlement, and to further request that all deadlines be suspended to allow the parties time to prepare their settlement documents and file a Stipulation of Judgment. The parties request that this proceeding be suspended for thirty (30) days after February 7 – *i.e.*

until March 9, 2011 – to allow the parties time to prepare and sign the necessary documents and file a Stipulation of Judgment.

Date:   February 7, 2011.                                    Respectfully submitted,

                                                                **GARDERE WYNNE SEWELL LLP**

/s/ Peter L. Loh
Peter L. Loh
Andrew M. Howard
1601 Elm Street, Suite 3000
Dallas, Texas  75201
Telephone:    214.999.4391
Facsimile:    214.999.3391
ploh@gardere.com
ahoward@gardere.com

Date:   February 7, 2011.                                    **GORDON & REES LLP**

/s/ Eric M. Jaegers
**ERIC M. JAEGERS**
Texas State Bar No. 24049166
2100 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone:    214.231.4660
Facsimile:    214.461.4053
EJaegers@gordonrees.com
**ATTORNEYS FOR**
**DEFENDANT BECKETT MEDIA, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this the 7th day of February, 2011. Any other counsel of record will be served with a true and correct copy of the foregoing by mail or facsimile.

| | |
|---|---|
| Peter L. Loh | J. Michael Monahan, II |
| Andrew M. Howard | Ian J. Block |
| **GARDERE WYNNE SEWELL LLP** | **PATTISHALL, MCAULIFFE, NEWBURY,** |
| 1601 Elm Street, Suite 3000 | **HILLIARD & GERALDSON LLP** |
| Dallas, Texas  75201 | 311 South Wacker Drive, Suite 5000 |
| Telephone:    214.999.4391 | Chicago, Illinois  60606 |
| Facsimile:    214.999.3391 | Telephone:    312.554.8000 |
| ploh@gardere.com | Facsimile:    312.554.8015 |
| ahoward@gardere.com | mmonahan@pattishall.com |
| | iblock@pattishall.com |

/s/Eric M. Jaegers  
**ERIC M. JAEGERS**