UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a corporation, <br><br>Plaintiff, <br><br>vs. <br><br>BECKETT MEDIA LLC, a corporation, <br><br>Defendant. | Case No. 3:10-cv-01392-D <br><br> Chief Judge Sidney A. Fitzwater <br><br> STIPULATION TO FINAL JUDGMENT |

Plaintiff, The Pokémon Company International, Inc. ("Pokémon"), brought this action against Defendant, Beckett Media LLC ("Beckett"), to prevent Beckett's alleged unauthorized copying of Pokémon's copyrighted works.

Having resolved the issues raised in this dispute, Pokémon and Beckett hereby stipulate to entry of the Proposed Final Judgment filed herewith and request that this Court enter the same.

**CONSENTED AND AGREED TO:**

On behalf of Plaintiff, The Pokémon Company International, Inc.

By: _____

Peter L. Loh (Texas Bar No. 24036982)
GARDERE WYNNE SEWELL LLP
1601 Elm Street
Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-4391
Facsimile: (214) 999-3391

-and-

J. Michael Monahan, II
Ian J. Block
PATTISHALL, MCAULIFFE, NEWBURY,
   HILLIARD & GERALDSON LLP
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

Attorneys for Plaintiff, The Pokémon Company International, Inc.

Dated: April 5, 2011

On behalf of Defendant, Beckett Media LLC

By: _____

Eric M. Jaegers
Texas Bar No. 24049166
Elizabeth K. Stanley
Texas Bar No. 24060651
GORDON & REES LLP
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053

Attorney for Defendant, Beckett Media LLC

Dated: March 23, 2011