**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**THE POKEMON COMPANY INTERNATIONAL, INC.**, a corporation,

   Plaintiff,

vs.

**BECKETT MEDIA LLC**, a corporation,

   Defendant.

Civil Action No.

3:10-CV-1392-D

**FINAL JUDGMENT**

  Plaintiff, The Pokimon Company International, Inc. ("Pokemon"), brought this action against Defendant, Beckett Media LLC ("Beckett"), to prevent Beckett's alleged unauthorized copying of Pok&non's copyrighted works.

  Pursuant to the Stipulation to Final Judgment filed with this Court, Pokemon and Beckett have resolved the issues raised in this dispute. Accordingly, this Court finds as follows:

(l) This Court, has personal jurisdiction Over the parties, as well as subject matter jurisdiction over this action;

(ii) Pokemon owns distinct copyright registrations for many of its individual trading cards, including, but not limited to the individual trading cards that comprise the "Pokemon Trading Card Game Platinum Supreme Victors," "Pokemon Trading Card Game FleartGold SoulSilver" and "Pokernon Trading Card Game FleartGold SoulSilver — Unleashed" expansion sets of trading cards (collectively, the "Pokemon Works"), and Pokemon's copyright registrations in the Pokemon Works are valid and enforceable;

 (iii) Pokemon alleges that, without Pokanon's consent, Beckett appropriated Pokernon's copyrighted Pokemon Works and committed copyright infringement, in violation of 17 U.S,C, § 501, by publishing copies of full scans of numerous of the Pokemon Works in Beckett's magazine, the "Beckett Pokemon Unofficial Collector!" magazine (the "Beckett Magazine"), that Beckett produced and distributed; and

 (iv) Beckett has stopped all production and distribution of the Beckett Magazine.

Based on the above findings and the stipulation of the parties, this Court hereby ORDERS the following:

 (i) Beckett and its officers, agents, servants, employees, successors and assigns and all others in active concert or participation with any of them, shall not copy, reproduce, prepare derivative works based on, distribute to the public copies of, publicly display or engage in any other of the exclusive rights afforded to copyright owners in 17 U.S.C. § 106 regarding the Pokemon Works or any trading cards authored, manufactured or distributed by PokOnion; and

 (ii) This Court shall retain jurisdiction for one (1) year over this action for purposes of construing and ensuring compliance with this Final Judgment.

SO ORDERED AND ADJUDGED:

April 6, 2011.

              _____
              SIDNEY A. FITZWATER
              CHIEF JUDGE

BEC11111064938/930:1648v,/